FILED

2005 AUG 24  P 2: 49

CLERK. US DIST. COURT
_ASTERN DIST. OF CALIF
AT FRESNO
BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-mj-00057 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS (Fed. R. Crim. P. 48 (a)) |
| DANIEL VALDOVINOS-PLANCARTE, | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed as to Daniel Valdovinos-Plancarte.

Dated: August 5 , 2005

DENNIS L. BECK
U.S. District Magistrate Judge

1